UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER DALE JOHNSON,

    Plaintiff,

Case No. 20-cv-12082
Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et. al.*,

    Defendants,

_____/

## JUDGMENT

The above entitled action came before the Court on a prisoner civil-rights Complaint. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

                    KINIKIA ESSIX
                    CLERK OF COURT

         By:    s/Holly A. Monda
                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 3, 2021
Flint, Michigan